IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PRYTIME MEDICAL DEVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-60-JLH |
| CERTUS CRITICAL CARE, INC. | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

WHEREAS, on May 31, 2024, the Court entered an Order dismissing the Complaint and giving Plaintiff leave to file an amended complaint within 14 days (D.I. 26);

WHEREAS, the 14 days have passed and Plaintiff has failed to file an amended complaint;

NOW, THEREFORE, at Wilmington this 18th day of June 2024, IT IS HEREBY ORDERED that the case is closed for failure to file an amended complaint. The Clerk of Court is directed to close the case.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE